FILED
CLERK, U.S. DISTRICT COURT
MAR 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUILLERMO OCHOA, | No. ED CV 12-586-RGK (PLA) |
| Petitioner, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| v. | |
| DOMINGO URIBE, JR., | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: MAR 7 2013

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE