```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                            MAR  7 2013

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUILLERMO OCHOA, | No. ED CV 12-586-RGK (PLA) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| DOMINGO URIBE, JR., | |
|     Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: MAR 7 2013

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE